| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Stacey Renee Culotta |
| Debtor 2 | |
| United States Bankruptcy Court for the: Western District of Arkansas | |
| Case number : | 5:19-bk-70588 |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Nationstar Mortgage LLC d/b/a Mr. Cooper | **Court claim no.** (if known): | **8** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **0405** | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X]  No

[ ]  Yes. Date of the last notice. 

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount | |
|---|---|---|---|
| 1. Late charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney fees | | (3) $ | |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | | (5) $ | |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: | | (10) $ | |
| 11. Other. Specify : Plan Review Fee | 03/08/2019 | (11) $ 325.00 | |
| 12. Other. Specify: | | (12) $ | |
| 13. Other. Specify: | | (13) $ | |
| 14. Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Stacey Renee Culotta                                     Case number (if known)    5:19-bk-70588
         First Name    Middle Name    Last Name

### Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Christopher Giacinto                                            Date    7/24/2019
Signature

Print:            Christopher Giacinto                     Title   Authorized Agent for Creditor

Company           Padgett Law Group

Address           6267 Old Water Oak Road, Suite 203

                  Tallahassee FL, 32312

Contact phone     (850) 422-2520              Email    bkcrm@padgettlaw.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 24th day of July, 2019.

/S/ Christopher Giacinto

_____
CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 5:19-bk-70588)

**Debtor**
Stacey Renee Culotta
655 Washburn Dr
Pea Ridge, AR 72751

**Attorney**

Ronnie Scott Johnson
Martin Attorneys, P.A.
2706 American Dr.
Springdale, AR 72764

**Trustee**
Joyce Bradley Babin
Chapter 13 Standing Trustee
P.O. Box 8064
Little Rock, AR 72203-8064

| | | | |
|---|---|---|---|
| **Vendor** | Padgett Law Group | **Regarding:** | **Invoice Number:** |
| **Address:** | 6267 Old Water Oak Road | STACEY CULOTTA | **Invoice Status:** Check Confirmed |
| | Suite 200 | 655 WASHBURN DR | |
| | Tallahassee, FL 32312-3858 | PEA RIDGE, AR 72751 | **Loan No.:** |
| **Payee Code:** | | | **Loan Type:** USDA |
| **Vendor Contact:** | Michele Robinson | | **Acquistion Date:** |
| **Vendor Ref #:** | | | |
| **Servicer:** | Nationstar Mortgage - (NATSTAR) | | **Referral Date:** 3/5/2019 |
| **Inv. ID / Cat. ID** | | | **Loan Location:** |
| **Investor Name** | GNMA II PACIFIC UNION ACQ | | |
| **Litigation Status Code:** | | | **BK Case No:** 19-70588 |
| **Man Code:** | | | **Submitted Date:** 3/13/2019 |
| | | | **Vendor Invoice Date:** 3/13/2019 |
| | | | **Paid In Full Date:** N/A |
| | | | **Foreclosure Removal Date:** N/A |
| | | | **MS Status:** N/A |
| | | | **Relief Requested Date:** N/A |
| | | | **Protection Begin Date:** N/A |
| | | | **Protection End Date:** N/A |

**Original Mortgage Amount:** $0.00

**Bankruptcy - Bankruptcy Services Standard**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 03/13/2019 | 03/21/2019 | 03/21/2019 | | 03/21/2019 | 03/21/2019 | 03/22/2019 | 9 |

Dept  Comments  Line Items  Exceptions  Edit Summary  Adj. Summary  Chronology  Quote Service Request  Guideline  Invoice Mapping  History  Payments  Reconciliation

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $325.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | Inv Amt: | $325.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: $0.00 | Exc Ord Allw: |

### Fees

| Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | | | 03/08/19 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |
| | Note: Ch. 13 Plan Review & Negotiation - Recoverable | | | | | | | | |
| | | | | | Total: | | $325.00 | $0.00 | $325.00 |
| | | | | | Invoice Total: | | $325.00 | $0.00 | $325.00 |