| Fill in this information to identify the case: |
|---|
| Debtor 1          Stacey Renee Culotta |
| Debtor 2 |
| United States Bankruptcy Court for the: Western District of Arkansas |
| Case number :    5:19-bk-70588 |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| Name of creditor: | Nationstar Mortgage LLC d/b/a Mr.Cooper | Court claim no. (if known): | 8 |
|---|---|---|---|

Last 4 digits of any number you use to identify the debtor's account:     **0405**

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X] No

[ ] Yes. Date of the last notice.

**Part 1:   Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred |  | Amount |
|---|---|---|---|
| 1. Late charges |  | (1) | $ |
| 2. Non-sufficient funds (NSF) fees |  | (2) | $ |
| 3. Attorney fees | 05/10/2019 | (3) | $ 150.00 |
| 4. Filing fees and court costs |  | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 05/08/2019 | (5) | $ 125.00 |
| 6. Appraisal/Broker's price opinion fees |  | (6) | $ |
| 7. Property inspection fees |  | (7) | $ |
| 8. Tax advances (non-escrow) |  | (8) | $ |
| 9. Insurance advances (non-escrow) |  | (9) | $ |
| 10. Property preservation expenses. Specify: |  | (10) | $ |
| 11. Other. Specify : Loan payment history(410A) | 05/08/2019 | (11) | $ 175.00 |
| 12. Other. Specify: |  | (12) | $ |
| 13. Other. Specify: |  | (13) | $ |
| 14. Other. Specify: |  | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Stacey Renee Culotta</u>   Case number (if known) <u>5:19-bk-70588</u>
First Name    Middle Name    Last Name

## Part 2:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/S/ Christopher Giacinto</u>   Date <u>09/27/2019</u>
Signature

| | | | |
|---|---|---|---|
| Print: | Christopher Giacinto | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlaw.net |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the September 27, 2019

/S/ Christopher Giacinto

CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 5:19-bk-70588)

*Debtor*
Stacey Renee Culotta
655 Washburn Dr
Pea Ridge, AR 72751

Attorney

Ronnie Scott Johnson
Martin Attorneys, P.A.
2706 American Dr.
Springdale, AR 72764

*Trustee*
Joyce Bradley Babin
Chapter 13 Standing Trustee
P.O. Box 8064
Little Rock, AR 72203-8064

| | |  | |
|---|---|---|---|
| **Vendor** | Padgett Law Group | **Regarding:** | **Invoice Number:** ▓ |
| **Address:** | 6267 Old Water Oak Road | STACEY CULOTTA | **Invoice Status:** Check Confirmed (Exc) |
| | Suite 200 | 655 WASHBURN DR | |
| | Tallahassee, FL 32312-3858 | PEA RIDGE, AR 72751 | |
| **Payee Code:** | ▓ | | **Loan No.:** ▓ |
| **Vendor Contact:** | Michele Robinson | | **Loan Type:** USDA |
| **Vendor Ref #:** | ▓ | | **Acquistion Date:** |
| **Servicer:** | Nationstar Mortgage - (NATSTAR) | | |
| **Inv. ID / Cat. ID** | ▓ | | **Referral Date:** 3/9/2019 |
| **Investor Name** | ▓ | | |
| **Litigation Status Code:** | | | **Loan Location:** |
| **Man Code:** | | | |
| | | | **BK Case No:** 19-70588 |
| | | | **Submitted Date:** 5/13/2019 |
| | | | **Vendor Invoice Date:** 5/13/2019 |
| | | | **Paid In Full Date:** N/A |
| | | | **Foreclosure Removal Date:** N/A |
| | | | **MS Status:** N/A |
| | | | **Relief Requested Date:** N/A |
| | | | **Protection Begin Date:** N/A |
| | | | **Protection End Date:** N/A |

**Original Mortgage Amount:** $0.00

**Bankruptcy - Bankruptcy Services - Chapter 13**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 05/13/2019 | 05/14/2019 | 05/14/2019 | | 05/14/2019 | 05/14/2019 | 05/15/2019 | 2 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $500.00 | LoanSphere Invoicing Prev. Billed: | $325.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |

| Totals | Inv Amt: | $500.00 | Prev. Billed: | $325.00 | Loan Total Fees/Costs Prev.Billed: | | $325.00 | Exc Ord Allw: | |

### Fees

| Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Fees | Objection to Confirmation | | | 05/10/19 | 1 | $500.00 | $500.00 | $0.00 | $500.00 |
| | Note: Objection to Confirmation of Plan - Recoverable | | | | | | | | |
| | | | | | Total: | | $500.00 | $0.00 | $500.00 |
| | | | | | Invoice Total: | | $500.00 | $0.00 | $500.00 |

**Vendor:** Padgett Law Group
**Address:** 6267 Old Water Oak Road
Suite 200
Tallahassee, FL 32312-3858
**Payee Code:**
**Vendor Contact:** Michele Robinson
**Vendor Ref #:**
**Servicer:** Nationstar Mortgage - (NATSTAR)
**Inv. ID / Cat. ID**
**Investor Name**
**Litigation Status Code:**
**Man Code:**

**Regarding:** STACEY CULOTTA
655 WASHBURN DR
PEA RIDGE, AR 72751

**Invoice Number:**
**Invoice Status:** Check Confirmed (Exc)
**Loan No.:**
**Loan Type:** USDA
**Acquistion Date:**
**Referral Date:** 3/19/2019
**Loan Location:**
**BK Case No:** 19-70588
**Submitted Date:** 5/21/2019
**Vendor Invoice Date:** 5/21/2019
**Paid In Full Date:** N/A
**Foreclosure Removal Date:** N/A
**MS Status:** N/A
**Relief Requested Date:** N/A
**Protection Begin Date:** N/A
**Protection End Date:** N/A

**Original Mortgage Amount:** $0.00

**Bankruptcy - Bankruptcy Services Standard**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |

| 05/21/2019 | 05/22/2019 | 05/22/2019 | | 05/22/2019 | 05/22/2019 | 05/23/2019 | 2 |
|---|---|---|---|---|---|---|---|

Dept Comments Line Items Exceptions Edit Summary Adj. Summary Chronology Quote Service Request Guideline Invoice Mapping History Payments Reconciliation

| **Fees** | Total: | $575.00 | LoanSphere Invoicing Prev. Billed: | $825.00 | Exc. Loan Allow: | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: | |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | Inv Amt: | $575.00 | Prev. Billed: | $825.00 | Loan Total Fees/Costs Prev.Billed: | $825.00 | Exc Ord Allw: | |

**Fees**

| Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | | | 05/08/19 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |
| | **Note:** Ch 13 POC Preparation - Recoverable | | | | | | | | |
| Attorney Fees | Proof of Claim | | | 05/08/19 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| | **Note:** Loan Payment History (410 A) - Recoverable | | | | | | | | |
| | | | | | | **Total:** | $575.00 | $0.00 | $575.00 |
| | | | | | | **Invoice Total:** | $575.00 | $0.00 | $575.00 |